**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

FRANK JOHN RICHARD
(#601706),

               Plaintiff,

v.

JODIE NORMAN,

               Defendant.

Case No. 2:25-cv-10641
District Judge Denise Page Hood
Magistrate Judge Anthony P. Patti

_____/

## ORDER GRANTING DEFENDANT'S MOTION TO DEPOSE PLAINTIFF (ECF No. 28)

In this lawsuit, Frank John Richard (#601706) sues Jodie Norman, described as an administrative aide at the Michigan Department of Corrections (MDOC) Saginaw Correctional Facility (SRF), alleging, *inter alia*, that Norman "denied the plaintiff his Right to Access to the Courts." (ECF No. 1, PageID.2, 5.)

Judge Hood has referred this case to me for pretrial matters. (ECF No. 13.) Currently before the Court is Defendant's April 1, 2026 motion to depose Plaintiff. (ECF No. 28.) Richard is currently incarcerated at SRF. *See* www.michigan.gov/corrections, "Offender Search," (last visited Apr. 2, 2026).

Having reviewed the motion, I conclude that oral argument is not necessary as to the request for a deposition. *See* E.D. Mich. LR 7.1(f)(2). Permission of the

Court to take the deposition is required under Fed. R. Civ. P. 30(a)(2)(B), because

Plaintiff is incarcerated.  Upon consideration, **IT IS HEREBY ORDERED** that

Defendant's April 1, 2026 motion to depose Plaintiff (ECF No. 28) is **GRANTED**,

and Defendant shall be permitted to take the deposition of Plaintiff for all purposes

allowed by the Federal Rules of Civil Procedure.  The deposition may occur either

in person, by telephone, or via video teleconference, at Defendant's option and

consistent with the requirements and needs of Plaintiff's place of incarceration.

  **IT IS SO ORDERED.** [1]

Dated: April 2, 2026

          _____
          ANTHONY P. PATTI
          UNITED STATES MAGISTRATE JUDGE

---

[1] The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days after being served with a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).