UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANK JOHN RICHARD,

      Plaintiff,

v.

JODIE NORMAN,

      Defendants.

Case No. 2:25-cv-10641

District Judge Denise Page Hood
Magistrate Judge Anthony P. Patti

_____/

## ORDER GRANTING PLAINTIFF MOTION TO HOLD IN ABEYANCE (ECF No. 37)

Plaintiff may delay filing his reply brief in support of his motion for a temporary restraining order and for a preliminary injunction (ECF No. 31) until he receives copies of ECF No.34, PageIDs 173, 175 and 177, all of which should be re-sent to him by Defendant forthwith.

Accordingly, Plaintiff's motion to hold in abeyance (ECF No. 37) is **GRANTED**.

      **IT IS SO ORDERED.**[1]


Dated:  July 21, 2026

_____

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

_____

1