UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANK JOHN RICHARD,

Plaintiff,

v.

JODIE NORMAN,

Defendants.

_______________________________________/

Case No. 2:25-cv-10641

District Judge Denise Page Hood
Magistrate Judge Anthony P. Patti

**ORDER DENYING PLAINTIFF'S MOTION TO RE-OPEN DISCOVERY(ECF NO. 50)**

Plaintiff's motion to re-open discovery (ECF No. 50), styled as a Rule 56(d) motion, is **HEREBY DENIED** as it does not make the showing required by Fed. R. Civ. P. 56(d), and, if considered apart from that Rule, is filed well after the discovery deadline, in contravention of my Practice Guidelines. Discovery in this case is **closed**, and shall remain so. It is **SO ORDERED**.

Dated: September 10, 2026

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE